HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY R. JONES, ) | Case No.: 2:07-CV-02017-KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE ) Commissioner, Social Security ) Administration, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Friday, May 2, 2008 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (19) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1  
2                                                          McGREGOR W. SCOTT  
                                                           United States Attorney  
3  

4  Dated:  March 18, 2008                                  */s/ELIZABETH FIRER*  
                                                           ELIZABETH FIRER  
5                                                          Assistant U.S. Attorney  

6  

7  

8  Dated: March 18, 2008                                   */s/HARVEY P. SACKETT*  
                                                           HARVEY P. SACKETT  
9                                                          Attorney for Plaintiff  
                                                           SANDY R. JONES  
10  

11  

12  IT IS SO ORDERED.  

13  

14  Dated:  March 20, 2008.  

15  

16                                                         _____  
17                                                         U.S. MAGISTRATE JUDGE  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

2

STIPULATION AND ORDER