1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  /as

8  Attorney for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

13  SANDY R. JONES,                )   Case No.: 2:07-CV-02017-KJM
                                   )
14          Plaintiff,              )
                                   )
15  v.                             )   STIPULATION AND ORDER
                                   )
16  MICHAEL J. ASTRUE              )
    Commissioner,                  )
17  Social Security Administration,)
                                   )
18          Defendant.              )
                                   )
19 _____)

20
        Plaintiff and Defendant, through their respective attorneys, hereby stipulate Plaintiff shall
21
   have a third and final extension of time of ten (10) days up through and including Monday, May
22
   12, 2008 in which to file his Motion for Summary Judgment. This extension is necessitated by the
23
   number of other cases (8) Plaintiff's counsel currently has before this district court, the Northern
24
   District of California, and the United States Court of Appeals that also require briefing during this
25
   same time.
26

27

28

                                             1
   STIPULATION AND ORDER

McGREGOR W. SCOTT
United States Attorney

Dated:  April 29, 2008                               /s/ELIZABETH FIRER
                                                     ELIZABETH FIRER
                                                     Assistant U.S. Attorney


Dated: April 29, 2008                                /s/HARVEY P. SACKETT
                                                     HARVEY P. SACKETT
                                                     Attorney for Plaintiff
                                                     SANDY R. JONES

IT IS SO ORDERED.


Dated: April 30, 2008.

_____
U.S. MAGISTRATE JUDGE

2

STIPULATION AND ORDER