1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY R. JONES, | |
|     Plaintiff, | CIVIL NO. 2:07-CV-02017 KJM |
|     v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
|     Defendant. | |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 4 days to respond to Plaintiff's motion for summary judgment, up to and including June 20, 2008.  Due to an inadvertent calendaring error on the part of the Commissioner's undersigned attorney, she will not be able to complete the brief before June 20th.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 18, 2008, | | /s/ *Harvey P. Sackett* |
| | | _____ |
| | | Harvey P. Sackett |
| | | (as authorized on June 18, 2008) |
| | | Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: June 18, 2008, | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | | LUCILLE GONZALES MEIS |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | /s/ *Elizabeth Firer* |
| | | _____ |
| | | Elizabeth Firer |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 19, 2008.

_____
U.S. MAGISTRATE JUDGE

2